IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DANIEL LELITO | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 6:13-CV-00218 |
| | § | |
| BENNETT TRUCK TRANSPORT, LLC, BENNETT INTERNATIONAL GROUP, LLC and MARK McDOWELL | § § § § § | *Jury Demanded* |
| | § | |
| *Defendants.* | | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED
### MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

On this day came on to be considered Plaintiff's Unopposed Motion to Dismiss all Claims with Prejudice. After careful consideration, the Court is of the opinion that the motion is meritorious and should be granted. It is therefore

ORDERED that the above motion is GRANTED. It is further

ORDERED that each and every claim asserted by Plaintiff Daniel Lelito is hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that all costs of court are taxed against the party that incurred the same.

**So ORDERED and SIGNED this 14th day of May, 2013.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**